IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Donald Bellamy, ) | |
| ) | C/A No. 5:12-cv-03215-JFA |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Ophthalmologist; ) | |
| Broad River Correctional Institution, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, while an inmate at Broad River Correctional Institution, proceeding *pro se,* filed a civil rights action pursuant to 42 U.S.C. § 1983. By Order dated November 27, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

**January 18, 2013**                         Joseph F. Anderson, Jr.
**Columbia, South Carolina**                 **United States District Judge**

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.