UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donald Bellamy, #284980, | ) | C/A No. 5:12-3215-JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Opthamologist; Broad River Correctional Institution, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This court previously entered an order dated September 24, 2013, reopening this case an appointing attorney J. Christopher Mills to represent the plaintiff. Mr. Mills has represented to the court that, after being appointed and reviewing the file in this case, he is under a professional obligation to withdraw. Accordingly, the court hereby discharges Mr. Mills from any further involvement in this case. If Mr. Mills has incurred any out-of-pocket expenses in his investigation, he should forward documentation to this court so that he can be reimbursed.

This order shall serve notice to the plaintiff that if he desires to go forward with this action, he must represent himself as a pro se litigant. Because the court has now allowed plaintiff's counsel to withdraw, the court will allow for a modest extension of time for the plaintiff to file an amended complaint.

1

The plaintiff is hereby advised that any amended complaint in this action must be filed no later than February 10, 2014. If plaintiff fails to file an amended complaint by that date, this action will be dismissed without prejudice.

The Clerk is directed to return this matter back to the United States Magistrate Judge.

IT IS SO ORDERED.

December 31, 2013                               Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge