UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donald Bellamy, | ) | C/A No. 5:12-3215-JFA-KDW |
|             Plaintiff, | ) | |
| vs. | ) | ORDER |
| Opthamologist, Broad River Correctional Institution, | ) | |
|            Defendants. | ) | |

This case is before the court as a result of plaintiff's failure to comply with the Magistrate Judge's order of February 3, 2014 (ECF No. 40).

A review of the record indicates that the Magistrate Judge directed the plaintiff to bring this action into proper form and plaintiff was given until February 24, 2014 to provide the necessary information and paperwork for evaluation and possible service of the complaint. Plaintiff was specifically informed that if he failed to follow the court's instructions, his case may be subject to dismissal.

Plaintiff's failure to bring this case into proper form indicates an intent to not continue prosecuting this case and subjects it to dismissal. *See* Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a plaintiff fails to comply with "any order of the court."); and *Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978).

1

As the plaintiff has failed to comply with the orders of the court, this action is dismissed *without prejudice*.

IT IS SO ORDERED.

March 25, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge